# United States District Court
**EASTERN DISTRICT OF TEXAS**
**SHERMAN DIVISION**

| | |
|---|---|
| COLONY INSURANCE COMPANY | § |
| | § Civil Action No. 4:16-CV-83 |
| v. | § (Judge Mazzant/Judge Nowak) |
| | § |
| CUSTOM AG COMMODITIES, LLC, | § |
| DIVERSIFIED INGREDIENTS, INC. | § |

## MEMORANDUM ADOPTING REPORT AND RECOMMENDATION OF UNITED STATES MAGISTRATE JUDGE

Came on for consideration the reports of the United States Magistrate Judge in this action, this matter having been heretofore referred to the Magistrate Judge pursuant to 28 U.S.C. § 636. On June 15, 2017, the report of the Magistrate Judge (Dkt. #44) was entered containing proposed findings of fact and recommendations that Plaintiff Colony Insurance Company's Motion for Summary Judgment (Dkt. #32) be granted, and that Defendant Diversified Ingredients, Inc.'s Cross Motion for Summary Judgment (Dkt. #34) and Defendant Custom Ag Commodities, LLC's Cross Motion for Summary Judgment (Dkt. #36) each be denied.

Having received the reports of the Magistrate Judge, and no objections thereto having been timely filed, the Court is of the opinion that the findings and conclusions of the Magistrate Judge are correct and adopts the Magistrate Judge's report as the findings and conclusions of the Court.

It is, therefore, **ORDERED** that Defendant Diversified Ingredients, Inc.'s Cross Motion for Summary Judgment (Dkt. #34) and Defendant Custom Ag Commodities, LLC's Cross Motion for Summary Judgment (Dkt. #36) each are **DENIED**.

It is further **ORDERED** that Plaintiff Colony Insurance Company's Motion for Summary Judgment (Dkt. #32) is **GRANTED**.

**IT IS SO ORDERED**.

**SIGNED this 10th day of July, 2017.**

_____
AMOS L. MAZZANT
UNITED STATES DISTRICT JUDGE