# United States District Court
### EASTERN DISTRICT OF TEXAS
### SHERMAN DIVISION

| | |
|---|---|
| COLONY INSURANCE COMPANY § | |
| § | Civil Action No.  4:16-CV-83 |
| v. § | (Judge Mazzant/Judge Nowak) |
| § | |
| CUSTOM AG COMMODITIES, LLC, § | |
| DIVERSIFIED INGREDIENTS, INC. | |

## FINAL JUDGMENT

Pursuant to the Memorandum Adopting Report and Recommendation of United States Magistrate Judge entered on this same date, it is hereby **ORDERED** and **ADJUDGED** that Plaintiff Colony Insurance Company has no duty to defend or indemnify Defendant Custom Ag Commodities, LLC in the underlying lawsuits (namely Eastern District of Missouri Case Nos. 4:14-CV-00859-RWS, 14-MD-02562-RWS).

All other relief not granted herein is denied.  This matter shall be closed on the Court's docket, and all costs shall be borne by the party incurring same.

**IT IS SO ORDERED**.
**SIGNED this 10th day of July, 2017.**

_____
AMOS L. MAZZANT
UNITED STATES DISTRICT JUDGE